IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THOMAS E. GALCZYNSKI                                              PLAINTIFF

v.                          No. 3:15-cv-181-DPM

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 February 2016